UNITED STATES DISTRICT COURT     Jury demand date:

D. C. Form No. 106A Rev.

| TITLE OF CASE | |
| --- | --- |

*MDL-55*

DOCKET NO. 55 -- IN RE FOUR SEASONS SECURITIES LAWS LITIGATION

| | | |
| --- | --- | --- |
| 5/26/71 (JMW) | 328 F. Supp. 221 | Consolidated |
| 8/25/71 (PC) | 331 F. Supp. 559 | Transferred to the W.D. Oklahoma |
| 4/21/72 (PC) | 342 F. Supp. 758 | Assigned to Judge Roszel C. |
| 7/13/72 (PC) | 344 F. Supp. 1404 | Thomsen |
| 11/16/72 (PC) | 352 F. Supp. 962 | |
| 1/5/73 (PC) | 352 F. Supp. 964 | |
| 3/12/73 (PC) | 355 F. Supp. 1405 | |
| 7/17/73 (PC) | 361 F. Supp. 636 | |
| 8/3/73 (PC) | 362 F. Supp. 574 | |
| 3/18/74 (PC) | 323 F Supp 975 | |
| Sep. 30, 1976 | 429 F Supp 527 | |

8/18/70   ORDER TO SHOW CAUSE & NOTICE OF HEARING - N.Y. on 9/24/70.  Copies to all
          counsel; hearing clerk and involved judges.

8/24/70   LETTER dtd. 8/22 from Judge Alfred P. Murrah advising he will not participate
          in considerations of this litigation.

8/25/70   ORDER AMENDING SCO. adding S.D. N.Y. No. 70 Civ. 2773.

8/26/70   Brief of Pl. Frank Sher, et al. Supporting Transfer ot all Actions to W.D. Okla.

8/27/70   Response of Plaintiffs Frank Sher., Etal. (C.A. No. 70-375, W.D. Okla.)

8/28/70   Request of def. Walson & Co. and Montgomery & Co. for ext. of time.

8/28/70   ORDER granting to & incl. 9/9/70 for responding def. Walston & Montgomery.

8/31/70   Ltr fr Counsel Sands re: addition of Fink v. Johnston to SCO.

8/31/70   Ltr fr. Counsel Sands requesting additional time to file response.

8/31/70   Order entered granting to & incl. 9/9/70 for Sands to respond to SCO.

9/2/70    Ltr. fr. Def. Tom J. Gray requesting ext. of time for responding to SCO

9/2/70    ORDER granting to & incl. 9/9/70 for responding of Tom J. Gray to SCO.

9/3/70    Ltr from Loyd Benefield (trustees' counsel) requesting ext. of time to 9/9

9/3/70    ORDER granting trustees to & incl. 9/9 for filing & serving response to SCO.

9/3/70    Motion to Reschedule hearing by general counsel for all plaintiffs in five
          consolidated S.D. N.Y. actions.

9/8/70    Respnse of Defendant Arthur Anderson & Motion to Transfer All Actions to
          W.D. Okla.

9/9/70    Response of def. Walston & Co.; Montgomery Co.; & Glen R. Miller

9/10/70   Averments of Fact & Brief (w/Exhibits) on behalf of the Five Consolidated
          New York Actions.

9/10/70   Response of Plaintiff Mollie Nussbacher (w/Motion for Consolidation i
          W.D. Okla and Supporting Brief)

9/10/70   Response (w/Brief) of Defendant Tom J. Gray

9/11/70   Response of Trustee Norman Hirschfield  *w/Exhibits*

9/11/70   ORDER DENYING MOTION TO RESCHEDULE HEARING. *(J. Wisdom)*

9/14/70   Response of Plaintiff Fink
                      Pl.
9/14/70   Response of/Matthew D. Margoles

9/14/70   Response of Plaintiff Henry J. Lebens, et al.

9/18/70   Reply Memorandum of Defendants Walston & Co., Inc., Motgomery Co. & Glen R. Miller

9/18/70   Supplemental Response of S.D. N.Y. consolidated plaintiffs.



D. C. 110 Rev. Civil Docket Continuation

| DATE | PROCEEDINGS | Date Order or Judgment Noted |
|---|---|---|
| 9/21/70 | Filed Denial by Pl. Sher of factual averments and Brief of Pl. Sher in opposition to motions filed by Pl. Fink, Margoles & Lebens. | |
| 9/23/70 | Telegram fr pl. Orchestra Investment Club (Ill., N., No. 70 C 2022) consenting to treatment with other litigation. | |
| 9/24/70 | Motion of Orchestra Investment Club (ILL., N., No. 70C 2022) to consolidate | |
| 9/24/70 | Rebuttal; Reply brief; and Exhibits by New York Plaintiffs | |
| 9/24/70 | Statement of Plaintiff Franz Paul supporting motion of NY Plaintiffs. | |
| 10/9/70 | Request for ext. of time for filing memo by pl. Orchestra Investment Club | |
| 10/9/70 | Request granted for ext. of time to pl. Orchestra Invesment Club. | |
| 10/9/70 | Supplemental Brief of Pl Fink, Lebens, Margoles & Paul & Okla. transcript. | |
| 10/13/70 | Supplemental Brief of Norman Hirschfield, Trustee | |
| 10/16/70 | Memorandum pertaining to consolidation, transfer and other relief by Lawrence Walner | |
| 12/17/70 | Affidavit of plf. Matthew D. Margoles | |
| 1/18/71 | Objection and Exhibit of attorney for Trustee | |
| 1/27/71 | Certificate of Service for Objection and Exhibit of attorney for Trustee filed 1/18/71 | |
| 2/10/71 | Notice of Dismissal of Case in W.D. Okla. by Trustee | |
| 2/16/71 | 26.  Trustee enc. ltr of J. Bohanon transferring Sher v. Clark to J. Daugherty | |
| 5/26/71 | OPINION AND ORDER transferring S.D.N.Y. Civ. Nos. 70 Civ. 2317; 70 Civ. 2244; 70 Civ. 2413; 70 Civ. 2082; 70 Civ. 2746; 70 Civ. 2773 ; and N.D. Ohio C70-654; S.D.Texas, 70 H-622; N.D. Ill 70 C 2022 to W.D. Okla. with W.D.Okla. XXXXX Civ-70-375 to be consolidated under §1407 and assigned to Judge Rozel C. Thomsen from District of Maryland. | |
| 5/26/71 | CONSENT from honorable Luther L. Bohanon for Judge Rozel Thompsen's assignment to this litigation. | |
| 5/27/71 | MANFORD H.FETMAN, ETC V. WALSTON & CO., INC. N.D.ILL 70 C 1913 ~~ORCHESTRA XX INVESTMENT XX CLUB XX ETX XX XXXXX XX OURX XX SEASONS XX NURSING XX CENTERS XX OKX XAMX~~ | |
| | SHROGER V. WALSTON & CO., N.D.CALIF, C-70-2721 LHB | |
| | SCHWENINGER V. WALSTON & CO., N.D.ILL 70 C 3107 | |
| | TOMASELLO V. WALSTON & CO., S.D.N.Y. 71 Civ. 719 | |
| | ORDER TO SHOW cause entered today.  Sent to involved counsel, copy to all counsel and judges. | |
| 6/17/71 | TOMASELLO Response to Show Cause Order | |
| 6/21/71 | (28)    SCHWENINGER | |
| 6/24/71 | MANFORD H. FETMAN V. WALSTON, N.D. ILL, 70 C 1913 | |
| | SCHWENINGER V. WALSTON, N.D. ILL 70 C 3107 | |
| | SCHOGER V. WALSTON & CO., N.D.CAL. C-70-2721 LHB | |
| | TOMASELLO V. WALSON & CRIMMINS, S.D.N.Y. 71 Civ. 719 | |
| | HEARING ORDER entered - July 30, 1971, Denver, Colorado Notified counsel and involved judges | |
| 6/25/71 | (29) Response to SCO of defendants Walston & Co., Inc., Montgomery Co., and (29)   Glen R. Miller. | |
| 6/28/71 | (30) Tomasello reply to the SCO  (P) | |
| 7/7/71 | Ltr. response of Jack L. Clark | |
| 7/12/71 | (31)  WALSTON & CO., MONTGOMERY CO., GLENN R. MILLER  - Memorandum pertaining to 6/24/71 order. | |
| 7/26/71 | (32)  Response of Fetman, Chatz & Schwarz to SCHo.. | |

| DATE | PROCEEDINGS | Date Order or Judgment Noted |
|---|---|---|
| 8/25/71 | MANFORD H. FETMAN, ETC V. WALSTON CO., N.D. ILL., 70 C 1913 | |
| | LOREN SCHWENINGER V. WALSTON & CO., N.D. ILL., 70 C 3107 | |
| | SCHOGER V. WALSTON & CO., N.D. CALIF., 70-2721-LHB | |
| | TOMASELLO V. WALSTON & CO., and FRANK CRIMMINS., S.D.N.Y. 71 Civ 719 | |
| | OPINION AND ORDER Denying transfer of the SCHWENINGER Action | |
| | and Transfering FETMAN, SCHOGER AND TOMASELLO to the W.D. OKLA | |
| | for consolidated/coordinated pretrial proceedings. | |
| 9/23/71 | ANN G. OLSON V. WALSTON AND CO., INC., NEBRASKA, CV71-L-306 | |
| | CTO entered today. Sent to Counsel of REcord and involved judges. | |
| XXXXX | | |
| 10/12/71 | ANN G. OLSON V. WALSTON & CO., INC., Nebraska, CV 71-L-306 | |
| | CTO final today. Notified transferee clerk, involved judges. | |
| 1/10/72  33 | M.G. DEVELOPMENT CO. V. KOHLMEYER & CO., ET AL., (S.D. TEx. XXXXXXX 70 H 622 | |
| | W.D. Okla Civ. 71-355 - Motion for remand from plaintiff. | |
| | w/cert. of service. | |
| 1/14/72  34 | M.G. DEVELOPMENT CO. V. KOHLMEYER & CO., ET AL. (W.D. Okla Civ. 71-355 | |
| | Defendant Clark Opposition to Motion w/cert. of service | |
| 1/26/72  35 | GORDON H. MCCOLLUM opposition to motion of plaintiff M.G. Development | |
| | Co. to remand portion of Cause No. 70-H-622 w/cert of service | |
| 2/2/72 | M.G. DEVELOPMENT CO. V. KOHLMEYER & CO., ET AL. (W.D. Okla Civ. 71-355) | |
| | ORDER- Hearing - Feb. 25, 1972, Denver Colorado. | |
| | Notified Counsel and involved judges. | |
| 2/9/72 | ELMER BLOCK v. W ALSTON & CO., INC., Nebraska 72 L 104 | |
| | CTO entered today. Notified counsel, involved judges. | |
| 2/22/72 3 6 | M.G. DEVELOPMENT CO. V. KOHLMEYER & CO., (W.D.OKLA, Civ. 71-355 | |
| | Kohlmeyer opposition to plaintiff motion w/cert of service | |
| 2/24/72 | ELMER BLOCK V. WALSTON & CO., INC. NEB. 72 L 104 | |
| | CTO final today. Notified transferee clerk, involved judges. | |
| 3/31/72  3 | Loren Schweninger v. Walston & Co., Inc., et al., N.D. Illinois 70 C 3107 | |
| | Motion of Defendants Walston & Co., supporting affidavit and supporting | |
| | memorandum w/cert. of service. to transfer action to W.D. Okla. with | |
| | litigation. | |
| 4/17/72 3 | SCHWENINGER V. WALSTON & CO., INC., ET AL., N. D. ILL, 70 C 3107 | |
| | Plaintiffs memo. in opposition to motion to transfer w/cert. of service. | |
| 4/21/72 | M. G. DEVELOPMENT CO. V. KOHLMEYER & CO. W.D.OKLA, Civ. 71-355 | |
| | OPINION AND ORDER denying remand of action to S.D. Texas. | |
| 4/21/72 3 5 | SCHWENINGER V. WALSTON & CO., N.D. ILL, 70 C 3107 | |
| | Reply Memo of defendants Walston, Montgomery and Glenn R. Miller | |
| | w/cert of service. | |
| 5/2/72 | SCHWENINGER V. WALSTON & CO., N.D. ILL, 70 C 3107 | |
| | HEARING ORDER - Setting for hearing June 2, 1972, Denver, Colorado | |
| | Notified counsel, involved judges. | |
| 5/16/72 | GORDON H. MCCOLLUM response to SCHWENINGER motion w/cert of service | |
| 5/26/72  4 | SCHWENINGER V. WALSTON & CO., N.D. ILL, 70 C 3107 | |
| | Letter response from plaintiff w/cert. of service | |
| 6/12/72 | sitarski v. walston 7 co., inc., n.d.ill, 72 C 1032 | |
| | SEYMOUR GOELD, ET UX V. WALSTON & CO., ET AL., S.D.FLA., 72-749 | |
| | Entered CTO. Notified counsel involved judges. | |
| 6/19/72  4 | JEAN SITARSKI V. WALSTON & CO., INC., ET AL., N.D. ILL, 72 C1032 | |
| | Plaintiffs notice of opposition to CTO. | |
| 6/19/72 | JEAN SITARSKI (ORDER) staying CTO. Notified counsel | |
| 6/22/72  4 | SEYMOUR GOELD, et ux v. Walston & Co., et al., S.D. Fla., 72-749 | |
| | Plaintiffs Notice of Opposition to CTO | |
| | Order entered Staying CTO. Notified counsel | |

④

| Date | Pleading Number | |
|------|------|------|
| 6/22/72 | 44 | GOELD V. WALSTON & CO., S.D.FLA, 72-749 |
| | | Letter from Entin dated June 9, 1972 stating opposition to |
| | | entry of CTO letter received June 13, 1972 |
| 7/5/72 | | HEARING OR ORDER, July 28, 1972, hearing, Denver, Colorado |
| | | Notified judges involved, counsel involved |
| 7/5/72 | | JEAN SITARSKI v. WALSTON & CO., INC., ET AL., request for |
| | | extension of time to file motion and brief in opposition to |
| | | CTO. |
| | | ORDER - extending plaintiff's time to file and serve motion |
| | | and brief to CTO to and include July 7, 1972. |
| 7/6/72 | 45 | Plaintiff Sitarski motion and supporting brief to vacate |
| | | CTO (does not desire oral argument) |
| 7/7/72 | 46 | SEYMOUR GOELD, ET UX. V. WALSTON & CO., INC., ET AL., |
| | | extension of time for filing and serving (pl) motion to |
| | | vacate the CTO and supporting brief and include July 13, 1972 |
| 7/13/72 | | OPINION AND ORDER - entered (SCHWENINGER V. WALSTON & CO., INC., ET AL.) |
| | | Transferring B-4 to the W.D. Okla; Hon. Roszel C. Thomsen |
| | | Notified judges involved, counsel involved, clerks, |
| | | publishers and Panel members |
| 7/17/72 | 47 | GOELD V. WALSTON & CO., S.D. FLA., 72-749 |
| | | MOTION TO VACATE |
| | | BRIEF in support of Plfs. motion to vacate CTO  w/cert. of service |
| 7/17/72 | 48 | JEAN SITARSKI V. WALSTON & CO., INC., and GERALD KLEIN |
| | | N.D. Ill., No. 72-C-1032 |
| | | MEMORANDUM IN OPPOSITION to motion and request to vacate CTO |
| | | w/certificate of service |
| 7/19/72 | 49 | ORDER dismissing action against Defs. Merrill, Lynch, Pierce, |
| | | Fenner & Smith Inc., |
| | | MOTION to Withdraw as Attorneys of Record |
| 7/26/72 | | GOELD V. WALSTON & CO., S.D. FLA., 72-749 -- Order vacating hearing order |
| 8/16/72 | 50 | SEYMOUR GOELD V. WALSTON & CO., S.D.FLA 72-749-JE |
| | | Plaintiff withdrawal of motion for oral argument w/service |
| 8/16/72 | 51 | JEAN SITARSKI V. WALSTON & CO., N.D.ILL 72 C 1032 |
| | | Plaintiffs withdral of  motion for oral argument |
| 8/24/72 | | ALF GARNAAS V. BACHE & CO., INC., MINN 4-71-649 |
| | | CTOxxxx entered today.  Notified counsel and inolved judges. |
| 9/6/72 | 52 | ALF GARNAAS V. BACHE & CO., INC., MINN 4-71-649 |
| | | Defendant Notice of Opposition to Cto filed today. |
| | | ORDER entered staying CTO.  Notified counsel |
| 9/15/72 | 53 | ALF GARNAAS V. BACHE & CO., INC., MINN., 4-71-649 |
| | | Defendant Bache & Co., Inc. motion with supporting brief, and |
| | | certificate of service to vacate conditional transfer order. |
| 10/4/72 | 53a | ALF GARNAAS V. BACHE & CO., INC., MINN 4-71 649 |
| | | Plaintiff Affidavit in Opposition of Defendant's motion to vacate |
| | | CTO |
| 10/4/72 | 54 | MORRIS M. SHERMAN stating certain facts regarding the litigation andx |
| | | statement regarding the Alf Garnaas action (Letter) f Sep. 19, 1972 |
| 10/17/72 | | HAMILTON V. WALSTON & CO., ET AL., C.D.CAL. 72-1948-WPG |
| | | MOSS V. WALSTON, INC., ET AL, N.D.ILL, 72 C 1726 |
| | | CTO entered today.  Notified counsel, involved judges. |
| 10/ 24/72 | | ALF GARNAAS V. BACHE & CO., INC., MINN 4-71 649 |
| | | HEARING ORDER - Wash.D.C., Nov. 29, 1972 Notified counsel, judges |
| 11/2/72 | | FLORENCE HAMILTON V. WALSTON, C.D.CAL., 72-1948 |
| | | CTO final today.  Notified transferee judge, transferor judge clerks |



D. C. 110 Rev. Civil Docket Continuation

| DATE | PROCEEDINGS | Date Order or Judgment Noted |
|---|---|---|
| 11/6/72 | BERTHA MOSS V. WALSTON & CO., INC. N.D. ILL, 72 C 1726 | |
| | Notice of Opposition from plaintiff to CTO | |
| | ORDER - staying CTO until further order of the panel.  Notified counsel. | |
| 11/8/72 | BERTHA MOSS V. WALSTON & CO., INC., N.D.ILL,,72 C 1726 | |
| | HEARING ORDER - Setting action for hearing 11/29/72, Washington, D. C. Notified counsel | |
| 11/13/72 | BERTHA MOSS V. WALSTON & CO., INC., N.D. ILL, 72 C 1726 | |
| | Order Correcting HO and Notice of Hearing entered today.  Notified counsel. | |
| 11/16/72 | SEYMOUR GOELD, ET UX V. WALSTON & CO., S.D.FLA. 72-749 | |
| | JEAN SITARSKI V. WALSTON & CO., N.D.ILL, 72 C 1032 | |
| | OPINION AND ORDER entered transferring actions to the W.D. Okla. assigning them to Judge Thomsen for consolidated or coordinated pretrial proceedings pursuant to 28 U.S.C. §1407 | |
| 11/21/72 | BERTHA MOSS V. WALSTON & CO., INC., ET AL., N.D.ILL, 72 C 1726 | |
| | Request from plaintiff for an extension of time to file motion and brief to Nov. 29, 1972 | |
| | ORDER - extending plaintiffs time to Nov. 24, 1972. | |
| 11/27/72 | BERTHA MOSS V. WALSTON & CO., INC., ET AL., N.D.ILL 72 C 1726 | |
| | Plaintiff motion and brief to vacate CTO | |
| 11/29/72 | BERTHA MOSS V. WALSTON & CO., INC., ET AL., N.D.ILL 72 C 1726 | |
| | Memo in opposition to motion of plaintiff to vacate CTO | |
| 12/7/72 | HERBERT H. ROBINS V. WALSTON & CO., S.D.FLA., 72-1736-JLK | |
| | JACK ABRAMS V. WALSTON & CO., INC., S.D.N.Y. 72 Civ. 4704 | |
| | CTO entered today.  Notified counsel.  Transferee and Transferor Judges. | |
| 12/19/72 | JACK ABRAMS V. WALSTON & CO., S.D.N.Y. 72 Civ 4704 | |
| | Notice of Opposition from plaintiff filed | |
| | ORDER - staying CTO.  Notified counsel- | |
| 12/27/72 | HERBERT H. ROBINS V. WALSTON & CO., S.D. Fla., 72-1736-JLK | |
| | CTO final today.  Notified transferee clerk & judge, transferor judge & clerk. | |
| 1/3/73 | JACK ABRAMS V. WALSTON & CO., S.D.N.Y., 72 Civ. 4704 | |
| | HEARING ORDER - Setting Jan. 26, 1973, Los Angeles, Calif. Notified counsel, involved judges. | |
| 1/5/73 | ALF GARNAAS V. BACHE & CO., INC., D. MINN 4-71-649 | |
| | BERTHA MOSS V. WALSTON & CO, INC., N.D.ILL, 72 C 1726 | |
| | OPINION AND ORDER transfering actions to W.D. Okla. for assignment to Judge Thomsen for conoslidated or coordinated pretrial proceeding pursuant to 28 U.S.C. §1407.  Distribution made. | |
| 1/9/73 | ABRAMS V. WALSTON & CO., S.D.N.Y., 72 Civ. 4704 | |
| | Plaintiffs request for oral hearing. | |
| | Plaintiffs motion and brief to vacate CTO w/cert of service. | |
| 1/17/73 | Response of Walston Co. to plaintiff motion to vacate CTO. | |
| 2/12/73 | LLOYD L. BOEHNEN V. WALSTON & CO., ET AL. | |
| | CTO entered today.  Notified counsel, involved judges. | |
| 2/28/73 | LLOYD L. BOEHNEN V. WALSTON & CO., ET AL., S.D., Civ. 71-75S | |
| | CTO final today.  Notified counsel, involved -udges & clerks | |
| 3/6/73 | STATE OF OHIO V. CROFTERS, INC., S.D. OHIO, Civil Action No. 72-81 | |
| | MOTION, BRIEF, EXHIBITS of ARTHUR ANDERSEN & CO. to transfer third party complaint to the W.D. Oklahoma for consolidated or coordinated pretrial proceedings w/cert. of service. | |



| DATE | PROCEEDINGS | Date Order or Judgment Noted |
|---|---|---|
| 3/8/73 | Request for hearing (Arthur Anderson motion) from movant | |
| 3/12/73 | Jack Abrams v. Walston & Co., Inc., et al. S.D.N.Y. 72 Civ 4704 | |
| | Opinion and Order transferring action from S.D. N.Y. to W.D. Okla | |
| | for coordinated or consolidated pretrial proceedings. Distribution made | |
| 3/20/73 | Walston response to motion w/cert. of service. | |
| 3/29/73 | Supplemental certificate of service from Jack L. Calrk | |
| 4/23/73 | STATE OF OHIO V. CROFTER, INS., ET AL., S.D. OHIO, 72-81 | |
| | HEARING ORDER- setting motion of defendants Arthur Anderson & Co. to | |
| | transfer 3d party action to the W.D. Oklahoma for coordinated or | |
| | consolidatedpretrial proceedings. Set for May 24, 1973, New York, New York | |
| 4/24/73 | LLOYD L. BOEHNEN V. WALSTON & CO., INC., ET AL., (D.SDAK) 71-75), N. | |
| | D. OULAHOMA CIV-73-139-T - J. Thomsen's order dismissing part and suggesting | |
| | remand for part. | |
| | REMAND ORDER remanding action to D. South Dakota. Notified transferee | |
| | clerk, judge, transferor clerk, judge. | |
| 5/4/73 | SAM PANCOTTO V. WALSTON & CO., INC., ET AL., N.D.ILL, 70C-2343 | |
| | Motion of Walston & Co. to transfer action toXWXWX W.D. XXXXXXXXXOklahoma | |
| | for coordinated or consolidated pretrial proceedings. | |
| 5/7/73 | SAM PANCOTTO V. WALSTON & CO., INC., ET AL., N.D. ILL 70C 2343 | |
| | HEARING ORDER ENTERED - Set for Hearing May 24, 1973, New York, New York | |
| 5/7/73 | STATE OF OHIO V. WALSTCN V. WALSTON & CO., S.D. OHIO, 72-81, - request from plaintiff | |
| | for permission to file - GRANTED | |
| 5/7/73 | STATE OF OHIO response to motion of Arthur Andersen & Co. w/cert. of service. | |
| 5/21/73 | PANCOTTO response to motion made in PANCOTTO V. WALSTON, N.D. ILL, 70C-2343 | |
| 6/22/73 | BERTHA MOSS V. WALSTON & CO., INC., ET AL., W.D.OKLA, 73-10-T | |
| | Conditional Remand Order remanding to N.D.ILL 72Cl726.  Notified | |
| | counsel and involved judges | |
| 6/22/73 | RICHARD L. KAUFMAN V. WALSTON & CO., INC., ET AL., C.D.CA 73-943-IH | |
| | Conditional Transfer Order entered today.  Notified counsel, involved judges | |
| 6/28/73 | RICHARD L. KAUFMAN V. WALSTON & CO., INC., ET AL., C.D. CALIF, 73-1387-HP | |
| | Conditional Transfer Order entered today.  Notified counsel, involved judges. | |
| 7/9/73 | BERTHA MOSS V. WALSTON & CO, INC., W.D.OKLA 73-10-T | |
| | CONDITIONAL REMand ORDER FINAL TODAY.  Notified transferee judges, clerk | |
| 7/10/73 | RICHARD L. KAUFMAN V. WALSTON & CO., INC. C.D.CAL., 73-943-IH | |
| | Plaintiff Notice of Opposition to CTO filed. | |
| | ORDER - staying CTO.  Notified counsel. | |
| 7/17/73 | STATE OF OHIO V. CROFTERS, S.D.OHIO, 72-81 | |
| | OPINION AND ORDER transferring action to the W.D. Oklahoma for assignment | |
| | to Judge Thomsen pursuant to 28 U.S.C. §1407.  Distribution made to | |
| | Clerks, Judges, Publishers, Panel Judges, Service Counsel | |
| 7/17/73 | RANDOLPH PHILLIPS V. JACK L. CLARK, ET AL., S.D.N.Y., 73 Civ. 2690 | |
| | Show Cause Order entered today.  Notified involved judges, service counsel | |
| 7/23/73 | SAM PANCOTO v. WALSTON & CO., N.D.ILL 70C2343 | |
| | Supplemental memo from plaintiff w/cert. of service. | |
| 7/27/73 | RICHARD L. KAUFMAN V. WALSTON & CO, INC., C.D.CALIF 73-943-IH | |
| | WITHDRAWAL OF OPPOSITION to CTO from Plaintiff (filed 7/23/73) | |
| | ORDER lifting stay of execution and transferring action to W.D. Oklahoma | |
| | for coordinated or consolidated predrial proceedings pursuant to | |
| | 28 U.S.C. §1407.  Notified counsel, involved judges, clerks | |
| 7/27/73 | DONALD E. CLARKE, ET UX V. WILLIAM O. HAMMERBACK, ET AL. | |
| | W.D. WASH, 338-73C2- CTO entered today.  Notified counsel, involved | |
| | judges. | |
| 7/27/73 | RICHARD L. KAUFMAN V. WALSTON & CO., C.D. CAL 73-1387 | |
| | ORDER - VACATING 6/28/73 CTO.  Notified counsel, involved judges | |
| | C.D.Calif. dismissal order in Official File | |

⑦

| Date | Pleading Number | |
|------|---------|---|
| 8/3/73 | | CORRECTION ORDER - correcting the opinion and order - State of Ohio v. Crofters, S.D. Ohio, Civil Action No. 72-81 Corrects page 3 and has corrected page 3 attached Mailed to all recipients of the Opinion and Order entered in the state of Ohio case filed on July 17, 1973 |
| 8/3/73 | | SAM PANCOTTO V. WALSTON & CO., INC., N.D.ILL, 70C-2343 OPINION AND ORDER Denying transfer of action to W.D. Oklahoma pursuant to 28 U.S.C. §1407.  Notified liaison counsel, involved judges, and clerks. |
| 8/3/73 | 73 | RANDOLPH PHILLIPS V. JACK L. CLARK, S.D.N.Y.  73 Civ. 2690 Plaintiffs response to SCO. |
| 8/6/73 | | RANDOLPH PHILLIPS V. JACK L. CLARK, S.D.N.Y. 73 Civ. 2690 HEARING ORDER - Set for September 28, 1973, New York, New York |
| 8/10/73 | | Notified counsel, involved judges. |
| 8/10/73 | 74 | JACK L. CLARK response to SCO w/cert. of service. (Phillips, v. Clark S.D.N.Y. 73 Civ. 2690) |
| 8/13/73 | 75 | DONALD E. CLARKE, ET UX V. WILLIAM O. HAMMERBECK, ET AL., W.D. Washington, Civil Action No. 338-73C2 Plaintiffs' opposition to CTO filed today. |
| | | ORDER - Staying CTO.  Notified counsel, involved judges. |
| 8/15/73 | | HEARING ORDER DONALD E. CLARKE V. WILLIAM O HAMMERBECK, ET AL. W.D. WASH., 338-73C2 - Set for September 28, New York, New York Notified counsel, involved judges. |
| 8/15/73 | | RUTH MEYER AND ROBERT MEYER D/B/a Meyer Investing Co. v. Walston & Co, Inc., et al., N.D. Illinois, 73 C 550 CTO entered today.  Notified counsel.  Involved judges. |
| 8/28/73 | | VICTOR J. DEROBERTIS AND VALDA E. DEROBERTIS V. WALSTON  & CO., INC. S.D. N.Y. 73 Civ 3226 - CTO entered today.  Notified counsel involved judges. |
| 8/31/73 | | XEDERXXCCXAXXXIRMXXXCRXXXXOMCXXXMXRBXXXXXX73X6X |
| | | MEYER V. WALSTON, N.D. ILL, 73 C550 - CTO final today notified transferee clerk, judge, transferor clerk, judge |
| 9/6/73 | 76 | DONALD E. CLARKE, ET UX V. WILLIAM O. HAMMERBECK, ET AL., W.D.WASH civil action No. 338-73C3 (1) Plaintiffs letter withdrawing notice of opposition (2) ORDER- lifting stay of CTO - vacating hearing order (3) CTO effective today.  Notified transferee judge, clerk, involved judge and clerk.  Notified counsel of vacated hearing and lifted stay. |
| 9/13/73 | 77 | DEROBERTIS V. WALSTON & CO., S.D.N.Y. 73 CIV 3226 Plaintiffs Notice of Opposition filed today.  Order entered staying CTO until further order order of the Panel. Notified counsel |
| 9/27/73 | 78 | VICTOR DEROBERTIS AND VALDA DEROBERTIS V. WALSTON & CO., S.D.N.Y. 73 -Civ 3226 -  Withdrawal of Notice of Opposition to CTO filed today. |
| 10/ 1/73 | | VICTOR DEROBERTIS AND VALDA DEROBERTIS V. WALSTON & CO., S.D.N.Y. 73 Civ 3226 ORDER- lifting stay and transferring action to the W.D. Okla for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C §1407.  Notified transferee clerk, judge transferor clerk, judge and service counsel. |



D. C. 110 Rev. Civil Docket Continuation

| DATE | PROCEEDINGS | Date Order or Judgment Noted |
|---|---|---|
| 3/14/74 | HOWARD GROSS, V. GORDON H. MCCOLLUM, 73 Civ. 2774 MOTION AND BRIEF of several defendants to transfer case to W.D. Oklahoma for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407 | |
| 3/18/74 | RANDOLPH PHILLIPS V. JACK L. CLARK, S.D.N.Y. 73 Civ. 269 OPINION AND ORDER Transferring case to W.D. Oklahoma for coordinated or consolidated pretrial proceedingspursuant to 28 U.S.C. §1407. | |
| 4/1/74 | GROSS V. MCCOLLUM, S.D.N.Y., 73 Civ. 2774 HEARING ORDER setting action for hearing on April 26, 1974 Washington, D. C. | |
| 4/3/74 | (80) GROSS V. MCCOLLUM, S.D.N.Y. 73 Civ. 2774 Plaintiffs response to motion w/cert. of service | |
| 4/5/74 | Reply brief of eighteen moving defendants  w/cert. of service involving Howard Gross v. Gordon H. McCollum, S.D.N.Y., 73 Civ. 2774 | |
| 11/18/74 | (82) Gross v. McCollum, S.D.N.Y., 73 Civ. 2774 -- Counsel for defendants withdrawal of motion w/cert of service | |
| 12/2/74 | GROSS V. MCCOLLUM, S.D.N.Y., 73 Civ.2774 -- ORDER TO SHOW CAUSE why Motion in Action  for a 1407 transfer should not be withdrawn.  Notified Counsel and involved judges. | |
| 1/6/75 | ORDER -- granting motion to withdraw motion for §1407 transfer filed by defendants to withdraw  motion.  Notified counsel and involved clerk and judge. | |
| 1/15/75 | VICTOR J. DEROBERTIS, ET UX V. ARTHUR ANDERSEN & CO. S.D.N.Y. 74 Civ. 5368 CTO filed today.  Notified counsel, involved judges | |
| 1/30/75 | F-10 CTO FINALIZED -- DeRobertis, et ux. v. Arthur Andersen & Co., S.D. N.Y. No. 74 Civ. 5368, Noitified involved judges & clerks. | |
| 1/21/76 | RANDOLPH PHILLIPS V. FRANCIS R. SANTANGELO, S.D.N.Y., CA NO. 75 Civ. 4174 CTO filed today.  Notified counsel, involved judges. | |
| 2/2/76 | RANDOLPH PHILLIPS V. FRANCIS R. SANTANGELO, S.D.N.Y., C.A.MEX 75 Civ. 4174 NOTICE OF OPPOSITION FILED TODAY.  CTO AUTOMATICALLY STAYED. NOTXXXX NOTICE OF OPPOSITION FROM PLAINTIFF.  Notified counsel. | |
| 2/5/76 | VICTOR J. DEROBERTIS, ET UX. V. FRANK J. CRIMMINS, W.D.OK, Civ. 73-644-T CRO filed today. Notified counsel, involved judgew | |
| 2/17/76 | MOTION AND BRIEF to vacate PHILLIPS CTO w/cert. of service | |
| 2/23/76 | VICTOR J. DEROBERTIS V. FRANK J. CRIMMINS, W.D.OK, CIV 73-644-T CONDITIONAL REMAND ORDER FINAL TODAY, Notified transferee clerk, involved clerk, involved judges | |
| 2/25/76 | (84) DEFENDANT SANTANGELO response w/cert. of service | |
| 3/4/76 | HEARING ORDER -- Setting Phillips motion to vacate cto for hearing March 26, 1976 -- Washington, D. C. | |
| 3/16/76 | ORDER -- VACATING HEARING SET IN PHILLIPS ACTION -- Notified counsel involved judges | |
| 3/16/76 | LETTER -- Deft. Santangelo referencing TELCON from Phillips concurring in postponement of hearing. | |
| 3/16/76 | LETTER -- Plaintiff Phillips requesting Postponement of hearing | |
| 3/31/76 | HEARING ORDER -- Setting Phillips v. Santangelo, S.D.N.Y. for hearing, April 23, 1976, Washington, D. C. | |
| 4/23/76 | WAIVER OF ORAL ARGUMENT -- F-11 defendant Santangelo | |
| 4/28/76 | APPLICATION FOR POSTPONEMENT OF HEARING -- Fll Plaintiff Phillips Filed after 4/23/76 Hearing | |
| 9/30/76 | F-ll RANDOLPH PHILLIPS, V. FRANCIS R . SANTANGELO, S.D.N.Y., 75 Civ. 4147 OPINION  & ORDER transferring actionxx to the W.D. Oklahoma for assignment to Judge Thomsen under 28 U.S.C. §1407 | |

| DATE | | PROCEEDINGS | Date Order or Judgment Noted |
|---|---|---|---|
| 2/10/78 | | Transferee Judge's Suggestion for Remand of (F-3) Kaufman v. Walston & Co., Inc., W.D. Oklahoma, C.A. No. 73-513-T | |
| 2/10/78 | | CONDITIONAL REMAND ORDER -- (F-3) Kaufman v. Walston & Co., Inc., W.D. Oklahoma, C.A. No. 73-513-T -- Notified involved counsel and judge (cds) | |
| 2/27/78 | | F-3 Kaufman v. Walston & Co., Inc., W.D. Oklahoma, C.A. No. 73-513-T CONDITIONAL REMAND ORDER FINAL TODAY -- Notified Judge and Clerks (cds) | |
| 9/5/78 | 85 | MOTION/BRIEF FOR REMAND, w/cert. of service -- Plaintiff Randolph Phillips -- (F-5) Randolph Phillips v. Jack L. Clark W.D. Oklahoma, C.A. No. 74-292-T, and (F-11) Randolph Phillips v. Francis R. Santangelo, W.D. Oklahoma, C.A. No. C76-0791-T ( | |
| 9/18/78 | 86 | RESPONSE -- Francis R. Santangelo (F-11) -- w/cert. of serv. cds | |
| 9/21/78 | 87 | RESPONSE -- Frank L. Clark (F-5) - w/cert. of serv. (cds) | |

JPML FORM 1A - Continuation                    DOCKET ENTRIES -- p._____

DOCKET NO. 55 -- IN RE FOUR SEASONS SECURITIES LAWS LITIGATION

| Date | Ref | Pleading Description |
|------|-----|----------------------|
| 11/16/78 | | ORDER -- F-5 Phillips v. Clark, et al., W.D.Okla., C.A. No. 74-292-T; F-11 Phillips v. Santangelo, W.D. Okal., C.A.No. 76-0791-T -- Denying motion to vacate for fraud.  Notified involved counsel, transferee clerk and judge. (ea) |

OPINION AND ORDER OF MAY 26, 1971 *328* F. Supp *221*
OPINION AND ORDER OF AUG. 25, 1971 ~~331~~ F. SUPP. ~~559~~   DOCKET NO. 55

*APR 21, 1972* *331* *342* *559* *F.Supp. 758*

DOCKET -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

*Opinion & Order, Jul. 13, 1972* *344 F. Supp 1404*

| Description of Litigation |
| --- |

*Opinion & Order* *8/3/73* *362 F. Supp. 574*
*Opinion & Order 9/11/73* *361 F. Supp. 636*

FOUR SEASONS SECURITIES LAWS LITIGATION

*O+D of 5/26/71 W.D. OKLA (JUDGE ROZEL C THOMSEN)*

*Compiled ID No 1087*

| NO. | CAPTION | DISTRICT & D.C. NUMBER | JUDGE | TRANSFER DATE | MISC. |
|---|---|---|---|---|---|
| A-1 | Matthew D. Margoles, etc. v. Four Seasons Nursing Centers of America, Inc., et al. *Cw-71-348* | S.D. N.Y. 70 Civ 2317 | DISM | 5/26/71 | 6/7/71 70 Civ 2317; 2082; 2413; and 2746 consolidated into 70 Civ 2244 for all purposes on 7/17/70 by J. Croake |
| A-2 | Lowell S. Fink, etc. v. Gordon H. McCollum, et al. *Cw-71-349* | S.D. N.Y. 70 Civ 2244 | DISM | | |
| A-3 | Henry J. Lebens, etc. v. Walston & Co., Inc., et al. *Cw-71-350* | S.D. N.Y. 70 Civ 2413 | DISM | | |
| A-4 | Mollie Nussbacher v. J. C. Andrews, et al. *Cw-71-351* | S.D. N.Y. 70 Civ 2082 | DISM | | 6/7/71 |
| A-5 | Franz L. Paul, etc. v. Jack L. Clark, et al. *Cw-71-352* | S.D. N.Y. 70 Civ 2746 | DISM | | 6/7/71 |
| A-6 | Edward Ginsberg v. Four Seasons Nursing Centers of America, Inc., et al. *71-354* | N.D. Ohio C70-654 | DISM | 5/26/71 | |
| A-7 | M. G. Development Co. v. Kohlmeyer & Co., et al. *Cw-71-355* (Houston Div.) | S.D. Texas 70-H-622 | DISM | 5/26/71 | |
| A-8 | Frank Sher, etc. v. Jack L. Clark, et al. | W.D. Okla. Civ-70-375 | DISM | | |
| A-9 | ~~Norman Hirschfield, etc. v. Jack L. Clark et al~~ | W.D. Okla Civ-70-376 | | | |
| A-5a | Lowell S. Fink, etc. v. John W. Johnston, et al. *Cw-71-353* | S.D. N.Y. 70 Civ 2773 | DISM | 5/26/71 | 6/7/71 |

| | TAG-ALONG CASES *9 transfers as of 1/30/71* | | | | |
|---|---|---|---|---|---|
| B-1 | Manford H. Fetman, etc. v. Walston & Co., Inc., et al. *Cw-71-562* | N.D. Ill. 70 C 1913 | DISM | 8/25/71 | 8/27/71 9/14/71 |
| B-2 | Orchestra Investment Club, et al. v. Four Seasons Nursing Centers of America, Inc. *Cw-71-356* | N.D. Ill. 70 C 2022 | DISM | 5/26/71 | |
| B-3 | Henry L. Scheger v. Walston & Co., Inc., et al. *Cw-71-568* | N.D. Calif. C-70-2721 | DISM | 8/25/71 | 8/27/71 |
| B-4 | Loren Schweninger v. Walston & Co., Inc. et al. | N.D. Ill. 70 C 2107 | | | 10/12/77 |
| B-5 | William Tomasello v. Walston & Co., Inc. & Frank Crimmins *Cw-71-560* | S.D. N.Y. 71 Civ 719 | | 8/25/71 | 10/31/77 8/31/71 |

OPINION AND ORDER, Jan 5, 1973 352 F. Supp. 964 (1973)
OPINION AND ORDER, Nov. 16, 1972, 352 F. Supp. 962 (1972)
OPINION AND ORDER 3/12/73, 355 F. Supp. 1405

DOCKET NO.   55

### DOCKET -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

#### Description of Litigation

FOUR SEASON SECURITIES LITIGATION

| NO. | CAPTION | DISTRICT & D.C. NUMBER | JUDGE | TRANSFER DATE | MISC. |
|---|---|---|---|---|---|
| C-1 | Ann G. Olson v. Walston and Co., Inc. 9-23-71 | Nebraska CV71-L-306 | Urbom | 10/12/71 DISM | 71-669-C |
| D-1 | Elmer Block v. Walston & Co., Inc. 2/9/72 | Nebraska 72 L 104 | Urbom | 2/24/72 DISM | CW 72-153 |
| D-2 | Jean Sitarski v. Walston & Co., Inc., et al dismissed 1/17/74 | N.D. Ill. 72 C 1032 | Tone | 11/16/72 | 72-812 |
| D-3 | Seymour Goeld, et ux v. Walston & Co., Inc., et al. 6/12/72 OPPOSED | S.D. Fla 72-749 | | DISM 11/16/72 | 72-811 12/1/72 |
| D-4 | Alf Garnaas v. Bache & Co., Inc. 1/8/73 | D. Minn 4-71-643 | Neville | 1/5/73 | |
| D-5 | Bertha Moss v. Walston & Co. Inc. OPPOSED D. Remand 7/9/73 | N.D. Ill. 72 C 1726 | McLaren | 1/5/73 | 3/1 |
| D-6 | Florence P. Hamilton v. Walston & Co., et al. DISM. 10/20/77 | C.D. Calif 72-1948-WPG | | 11/2/72 | Civ 72-765 |
| D-7 | Herbert H. Robins v. Walston & Co. 12/7/72 dismi | S.D. Fla 72-1736-JLK | King | 9/27/72 | 73-2-7 |
| D-8 | Jack Abrams v. Walston & Co., Inc. 12/7/72 OPPOSED | S.D.N.Y. 72 Civ 4704 | | DIS 1/28 | 73-171-T |
| E-1 | Lloyd L. Boehnen v. Walston & Co., et al 2/2/77 Remanded 4/5 23 tra to 6/30/73 | D. South Dakota 71-75A | | 2/28/73 | 139 73-353-T |
| F-1 | State of Ohio v. Crofters dismissed 3/6/75 | S.D. Ohio 72-81 Rubin | | 2/7/73 | 73-484-T |
| F-2 | Sam Pancotto v. Walston & Co., Inc. et al. Remand Order 8/13 | N.D. Ill 70C2343 Hoffman McGarr | | | |
| F-3 | Richard L. Kaufman v. Walston & Co. et al. 6/22/73 Remanded | C.D. Cal 943-IH | | 2/27/78 | Action transferred §1404(a) to W.D.Okla asg. Judge Thomsen C.A. 73-513 |

DOCKET NO. 55 (CONTINUED) PAGE 3

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| F-4 | Richard ~~Caption~~ ~~No. C-28-73 E.D. Walston & Co.~~ | C.D.Cal. HP | 73-1387 | *Transferred 7/10/74* 70 | | |
| F-5 | Randolph Phillips v. Jack L. Clark, et al. | S.D.N.Y. | 73 Civ 2690 *SCl -7/17* | 3/8/74 94-282-J 7/5/74 *SCC 7/11/73* *2/11/79 8:00* 70 | | | *7/9/73* |
| F-6 | Donald E. Clark4 et ux. v. William O. Hammerback, et al. OPPOSED 7/27/73 *dismissed 8/3/77* | W.D.Wash M. Voorhees | 338-73C2 | 9/3/73 C1V-73-603-T > **3/15/74** | | | |
| F-7 | Ruth Meyer and Robert S. Meyer, d/b/a Meyer Investing Co. v. Walston & Co., Inc, et al. 8/5/73 | N.D. Ill | 73C 550 | 9/3/73 C1V-73-594-T > **4/29/74** | | | |
| F-8 | Sav. Victor DeRoberts et al. & Walston & Co. *8/28/73* | S.D.N.Y. Griesa | 73 Civ. 3226 | 10/11/73 C1V-73-644-T-2638/74 | | | |
| F-9 | Hon. *H.* Goss *W. Walston & Co.* *e.g. Walston* | S.D.N.Y. | 73 Civ. 2774 (MF) *73 Transfer to 6/30/74* *1/26/75* | | | *3/10/74 Transferred 8/13/79* | |
| F-10 | Victor J. DeRobertis, et ux. v. Arthur Andersen &Co. 11/7/75 *dismissed 3/6/75* | S.D.N.Y. Griesa | 74Civ 5368 *Dismissed June 1976 — 4/ pending* | 1/30/75 Civ. 75-0795 | *Transferred By Gsi Circuit May 1975* *30* *1* *51* *26* | *D/S.M. 3/7/75* | |
| F-11 | Randolph Phillips v. Francis R. Santangelo *Opposition* | S.D.N.Y. Bonsal | 75 Civ. 4174 *Transferred July 1977-5 pending* *dismissed July 1978 + pending* | | | C76-0291-T *4/10/79* 11/16/78 0:06 | *July 1978* |

**ATTORNEY LIST  --  JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

## DESCRIPTION OF LITIGATION

MDL DOCKET NO. 55 -- IN RE FOUR SEASONS SECURITIES LAWS LITIGATION

| No. | Plaintiff | Defendant |
|---|---|---|
| | WILLIAM TOMASELLO<br>Hyman R. Friedman, Esquire<br>Friedman & Friedman<br>One Pennsylvania Plaza<br>New York, New York  10001 | WALSTON & CO., INC.<br>Hughes, Hubbard & Reed<br>One Wasll Street<br>New York, New York  10005 |
| | LOREN SCHWENINGER<br>Orlikoff & Tierney<br>100 West Monroe Street<br>Suite 2204<br>Chicago, Illinois  60603 | FRANK CRIMMINS<br>Sidney H. Reich, Esquire<br>199 Main Street<br>White Plains, New York  10601 |
| | FLORENCE P. HAMILTON<br>Kenneth J. Murphy, Jr., Esquire<br>Albertini, Murpny & Gill<br>1888 Centry Park East<br>Suite 1107<br>Los Angeles, California  90067 | AMOS D. BOUSE<br>Fielding D. Haas, Esquire<br>Thomas R. Benedum, Esquire<br>200 City National Bank Bldg.<br>Norman, Oklahoma  73069 |
| | RICHARD L. KAUFMAN<br>Schwartz, Alschuler & Grossman<br>1880 Century Park East<br>Suite 1212<br>Los Angeles, Calif. | ARTHUR ANDERSEN & CO.<br>Charles Boand, Esquire<br>Wilson & McIlvaine<br>135 South LaSalle Street<br>Chicago, Illinois  60603<br><br>William G. Paul, Esq.<br>Harry A. Woods, Jr., Esquire<br>Crowe, Dunlevy, Thweatt<br>  Swinford, Johnson & Burdick<br>1700 Liberty Tower<br>Oklahoma City, Oklahoma  93102 |
| | RANDOLPH PHILLIPS<br>Mr. Randolph Phillips, Pro Se<br>30 East 72nd Street<br>New York, New York  10021 | JACK L. CLARK<br>Arthur F. Mathews, Esquire<br>Michael R. Klein, Esquire<br>Robert McCaw, Esquire<br>Wilmer, Cutler & Pickering<br>1666 K Street, N.W.<br>Washington, D. C.  20006 |

| No. | Plaintiff | Defendant |
|-----|-----------|-----------|
|     |           | JAMES P. LINN<br>J. D. Helms, Esquire<br>Linn, Helms & Kirk<br>Fidelity Plaza, Suite 410<br>Robert S. Kerr at Robinson<br>Oklahoma City, Oklahoma  73102<br><br>JOHN W. JOHNSTON<br>BILL JENNINGS<br>JOEL L. CARSON<br>BRUCE K. BROWN<br>Edward E. Soule, Esquire<br>John C. Harrington, Jr., Esquire<br>2210 First National Bldg.<br>Oklahoma City, Oklahoma  73102<br><br>FRANCIS R. SANTANGELO<br><br>Reginald Leo Duff, Esquire<br>Carro, Spanbock, Londin, Rodman & F<br>1345 Avenue of the Americas<br>New York, New York  10019 |

p. ___1___

## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 55 ___ -- FOUR SEASONS SECURITIES LAWS LITIGATION

### COMMON PARTY CHECKLIST

| NAME OF PARTY | NAMED AS PARTY IN FOLLOWING ACTIONS |
|---|---|
| ABC Corp. X | A-9 |
| ~~Andersen~~ Arthur Andersen & Co. | A-5; B-3; D-6; F-3; F-1; F-10 |
| Andrews, John C. | A-1; A-3; A-4; A-5; A-9; A-8; A-9; B-2; B-3; D-6; F-11; F-3; F-4 |
| Bankers Life Ins. Co. of Nebraska | A-5; A-9; B-3; D-6; F-5; F-4 |
| Bernard Black X | A-8 |
| Amos D. Bouse | A-1; A-3; A-4; A-5; A-6; A-7; A-8; A-9; A-12; B-2; B-3; D-6 |
| Bruce Brown, Jr. | A-6; A-5a; B-3; D-6; F-3; F-4 |
| Don Burton X | F-4; A-5 |
| Joel L. Carson | A-6; A-5a; B-3; D-6; F-3; F-4 |
| Charter Jet, Inc. X | A-9 |

p. __2__

| | |
|---|---|
| Jack L. Clark | Apldm A-4; A-54; B-2; B-3; D-6; F-1; F-3; F-4; F-5  B-5 |
| Crofters, Inc. | A-4; A-5; A-9; F-1 |
| Gerald Donahue | A-4; A-5; A-9; F-1 |
| Financial Data Relations, Inc. | A-4; A-5; A-9; F-1; F-3; F-4 |
| Four Seasons Equity Corp.  ✗ | A-3; A-4; A-5; A-6; A-54 |
| Four Seasons Franchise Centers, Inc.  ✗ | A-3 thru A-6 |
| Four Seasons Nursing Centers of America, Inc. | A-1 thru A-9; B-2 |
| Four Seasons United Corp.  ✗ | A-4; B-5 |
| Tom J. Gray | A-1; A-2; A-4 thru A-9; A-54; B-2; B-3; D-6; F-1; F-3; F-4  B-5 |
| Ronald R. Howard | D-4; B-5; A-9; F-1; F-3; F-4 |
| John W. Johnston | A-6; A-9; B-3; D-6; F-3; F-4 |

Francis Santangelo   F-11

p. 3

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 55 -- FOUR SEASONS SECURITIES LAWS LITIGATION

## COMMON PARTY CHECKLIST

| NAME OF PARTY | NAMED AS PARTY IN FOLLOWING ACTIONS |
|---|---|
| Bill P. Jennings | A-5a; F-3; F-4 |
| Kohlmeyer & Co. | A-9 |
| James P. Linn | A-1; A-2; F-3; D-6; F-3; F-4 |
| Gordon H. McCollum | Order A-5; A; A-1; A-2; B-1; B-2; B-3; B-4; D-5 D-6; F-1; F-3; F-4 F-8 B-5 D-4 |
| Glen R. Miller | A-1; A-2; A-5a; B-1; D-3; D-6; F-3; F-4 F-8 B-4 B-5 D-4 |
| Montgomery Co. | A-1; A-2; A-4; A-5; A-8; A-9; A-5a; B-1; D-3; D-6; F-3; F-4 D-5 D-6 |
| Paul A. Murphy | A-1; A-2; B-3; D-6; F-3; F-4 |
| Richard Roe | A-4 |
| Walston & Co., Inc. | A-1 thru A-5; A-8; A-9; A-5a; B-1; B-2; B-3; B-4; B-5; C-1 D-1; D-2; D-3; D-5; D-6; D-7; D-8; F-1; F-2; F-3; F-4; F-6 F-7 F-8 |
| William, White | A-4 |

p. _4_

| Name | Codes |
|---|---|
| Gerald Klein | B-1; D-2   F-3 |
| Mees, Jr., John W | B-3; F-1 |
| Vardon, Jr. Edward | B-4 |
| Crimmins, Frank | B-5; D-6; D-8; F-3; F-4   F-3 |
| Nissan, James | D-3; F-1 |
| Sacke & Co., Inc | D-4 |
| McCowan, George | D-5 |
| DeeGee Co | F-1 |
| Griffith, Sidney D | F-1 |
| Groban, Harry A | F-1 |
| Russell, Alex G | F-1 |

p. **5**

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. **55** -- _____

COMMON PARTY CHECKLIST

| NAME OF PARTY | NAMED AS PARTY IN FOLLOWING ACTIONS |
|---|---|
| Dunx & Bradstreet | F-1 |
| Dundan, Ronald W. | F-2 |
| Wahrman, Kenneth J. | F-3; F-4 |
| Balka, Edward J. | F-3; F-4 |
| Madole, Jammie E. | F-3; F-4 |
| Hambrick, Marvin K. | F-3; F-4 |
| Clark, Ann | F-5 |
| Hammerback, William J. | F-6 |
| Hammerback, Jane Doe | F-6 |
| Howard Goldberg Halsion & Co. 208 S La Salle St Chicago, Ill. | F-7 |

p. _____

William D. Flemming